IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.:   3:18mj5413 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | JAMES R. KNEPP, II |
| | ) | |
| v. | ) | |
| | ) | |
| DAMON M. JOSEPH  AKA | ) | MOTION TO SEAL COMPLAINT |
| ABDULLAH ALI YUSUF, | ) | |
| | ) | |
| Defendant. | ) | |

Now comes the United States of America, by and through counsel, Justin E. Herdman, United States Attorney, and Michelle M. Baeppler, Assistant United States Attorney, and respectfully moves this Court for an order sealing the attached complaint for the following reasons:  the investigation of Defendant is ongoing and disclosure of Defendant's arrest will alert potential co-conspirators and jeopardize public safety.  It is unknown to the government at this juncture if Defendant has additional co-conspirators.

The government further requests this Court to order that an Assistant United States Attorney of the Criminal Division of the United States Attorney's Office for the Northern District of Ohio may obtain, upon request, a certified copy of this Complaint should the Defendant be located in another judicial district and a certified copy of this Complaint is needed for forwarding to that judicial district.

See Rule 6(e)(4) of the Federal Rules of Criminal Procedure.

                Respectfully submitted,

                JUSTIN E. HERDMAN
                United States Attorney

By:   /s/ *Michelle M. Baeppler*
        Michelle M. Baeppler (OH: 0065378)
        Assistant United States Attorney
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, OH 44113
        (216) 622-3995
        (216) 685-2378 (facsimile)
        Michelle.Baeppler@usdoj.gov