IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 3:18mj5413 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| v. | ) | JAMES R. KNEPP, II |
| | ) | |
| DAMON M. JOSEPH AKA | ) | ORDER TO BE FILED UNDER SEAL |
| ABDULLAH ALI YUSUF, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of the United States of America, and for good cause shown, the case and all accompanying documents including, but not limited to the Complaint and Arrest Warrant issued in the present case is hereby sealed and shall remain sealed until further order of this Court.

_____
JAMES R. KNEPP, II
UNITED STATES MAGISTRATE JUDGE

**Dec 10, 2018**
DATE