UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION


FILED
2018 DEC 10 PM 1: 34
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:18 mj 5413 |
| Plaintiff, | ) | |
| vs. | ) | WAIVER OF PRELIMINARY HEARING |
| Damon M. Joseph, | ) | |
| Defendant. | ) | Magistrate Judge James R. Knepp, II |

I have been advised by my counsel and by the Court of my right under the Federal Rules of Criminal Procedure to have a preliminary hearing in the above-captioned matter at which the government would have to establish that there was probable cause to believe that I committed the violation with which I have been charged.

I hereby waive my right under the Federal Rules of Criminal Procedure to have such a preliminary hearing and consent that the proceedings may be bound over to the grand jury.

_____
Defendant

_____
Counsel for Defendant

IT IS SO ORDERED.

Approved: _____
JAMES R. KNEPP, II
U.S. MAGISTRATE JUDGE

Date: 12/10/2018