IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED 2018 DEC 10 PM 1:34
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:18 mj 5413 |
| Plaintiff, | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | JAMES R. KNEPP, II |
| Damon M. Joseph | ) | **WAIVER OF DETENTION HEARING** |
| Defendant. | ) | **AND ORDER** |

Damon M. Joseph the above named defendant, accused of having violated 18:2339B(a)(1) advised of the nature of the charge and of his/her rights, and under advice of counsel, waives in open court his/her right to a detention hearing and consents that he/she be held without bail pursuant to Title 18 U.S.C., Section 3142 (e) and (i) but reserves the right to raise the issue of detention at a later date.

_____
Defendant

_____
Counsel for Defendant

**IT IS SO ORDERED.**

_____
James R. Knepp, II
United States Magistrate Judge